# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

TERESA BROWN,

        Plaintiff,

-vs-                                Case No. 6:08-cv-918-Orl-28GJK

CHRISTOPHER M. RANIERI, P.A.,
CHRISTOPHER M. RANIERI,

        Defendants.

## ORDER

This case is before the Court on the Renewed Joint Motion for Entry of Consent Judgment (Doc. No. 35) filed June 22, 2009. The United States Magistrate Judge has submitted a report recommending that the motion be granted.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

1. That the Report and Recommendation filed July 20, 2009 (Doc. No. 36) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Joint Motion for Entry of Consent Judgment (Doc. No. 35) is granted to the extent that the Court finds the parties' settlement is fair and reasonable.

2. After entry of the Consent Final Judgment being entered contemporaneously with this Order, the Clerk is directed to close this file.

DONE and ORDERED in Chambers, Orlando, Florida this  17  day of August, 2009.

JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party